Decided March 16, 2004

## STATE OF CONNECTICUT *v.* PAUL CRUDUP

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 248 (AC 23263), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*G. Douglas Nash*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided March 16, 2004